UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: GLASSER, J.   DATE: __JULY 26, 2013__   TIME: __12:00 Noon__

DOCKET #: CV-11-2763 (ILG)

TITLE: Dwayne Stone

　　vs.

United States of America

DEPUTY CLERK: __Stanley Kessler__

COURT REPORTER: __Holly Driscoll__

APPEARANCES:

　　For Petitioner: **Anthony L. Ricco, Esq.**

　　For All Def'ts: **Peter A. Norling, AUSA**

## CIVIL CAUSE FOR MOTION

✔ Case called.

✔ Anthony L. Ricco present for the petitioner. AUSA Peter A. Norling present for the respondent.

✔ The petition pursuant to 18:2255 to vacate the sentence imposed in CR-05-401 (ILG) is granted.

✔ Defendant is to file a brief pertaining to the re-sentencing issues not later than 9/3/2013. The Government is to file its response not later than 10/21/2013. Re-sentencing is scheduled for 11/6/2013 at 10:30 a.m.

**TIME: 0/45**