FROM: 73058053
TO: Ricco, Anthony
SUBJECT: MOTION TO REMOVE COUNSEL & APPOINT NEW COUNSEL
DATE: 05/14/2014 09:07:13 PM

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAY 16 2014 ★

BROOKLYN OFFICE

DWAYNE STONE
Reg.No:73058-053
M.D.C Brooklyn
P.O. Box 329002
Brooklyn,NY 11232

The Honorable Judge Leo Glasser
United States District Court For
The Easter District Of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Dwayne Stone V. United states  JLG
case no.11-cv-2763

Dear Honorable Judge Glasser:

As the court is aware the Movant ,Dwayne stone is to be resentenced before this Honorable in the near future. Movant would ask the court to please accept this letter motion in lieu of a more formal motion to remove counsel and appoint new counsel for resentencing.

Specifically,Movant would like to bring to the courts attention that there has been a total break down in communication between myself and my attorney Mr., Anthony I. Ricco.

I was transferred from the prison that I was being housed at, in the U.S.P McCreary to the M.D.C Brooklyn in late October. Since I've arrived at the M.D.C Brooklyn Mr. Ricco has only come to visit me once.

That visit accrued the first week of November 2013, it is now early may and i haven't heard from Mr. Ricco one time since this November visit.

At this November visit myself and Mr. Ricco spoke of the possibility of the court reappointing Ms. carmeta Albarus as a sentencing specialist in preparation for my resentencing ,it is my hopes that the court can appoint Ms. Albarus to in assist in my resentencing.

I would like to let the court know that I've been trying to contact Mr. Ricco a number of times through, phone, e-mail and postal letter, but my attempts at contact have fell on deaf ear's.

Although i feel Mr. Ricco is a grate attorney,I also feel he doesn't have the time to attend to my specific needs at this piont in my litigation.

So I'm requestioning the court to remove Mr. Ricco from my case for the reasons stated above, and appoint new counsel to prepare a sentencing brief, and represent me during sentencing.

CONCLUSION/RELIEF

WHEREFORE, Movant prays this court will grant the following relief:

1. Remove Attorney Anthony Ricco from my case,

2. Appoint new counsel to represent Movant.

3. Reappiont Ms. Carmeta Albarus, as a mitigation specialist in Movant's case.

4. Reschedule movant's resentencing, So that new appointed counsel can properly prepare for sentencing.

5. Any other relief that this Honorable Court deems just and proper.

Respectfully Prayed For this __14__ Day OF __May__, 2014

Respectfully Submitted,

x D. Stone
DWAYNE STONE, PRO-SE
73058-053
M.D.C. Brooklyn
PO. BOX 329002
Brooklyn, New York 1123

CERTIFICATE OF SERVICE

I Certify that a true and correct copy of the attached letter motion was sent by first-call mail in a properly addressed envelope with first class postage duly paid on This __14__ Day Of __May__ 2014.

to the parties addresses listed below

Clerk Of Court For The
U.S District Court For The Eastern District Of New York
225 Cadman PL East RM 118s
Brooklyn, Ny 11201

Anthony L. Ricco
20 Vesey ST, Suit 400
New York, NY 1007

AUSA Peter a. Norling
United states Attorney's office
*Eastern District of* New York
271 Cadman PL East
Brooklyn, NY 11201

Respectfully submitted

x D. Stone
DWAYNE STONE
REG.NO:73058-053
M.D.C. Brooklyn
P.O. BOX 329002
Brooklyn, NY 11232

Dwayne Stone 73082-053
MDC Brooklyn
PO Box 329002
Bklyn, NY 11232

Clerk of Court for
the Eastern District
of New York
225 Cadman PL East RM 1185
Bklyn, NY 11201

Legal Mail

112011181809